UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   ONE DOORKNOB AT A TIME, LLC<br>Debtor | CASE NO.: 26-11969-pmm |
| | CHAPTER 11 |
| Fay Servicing, LLC as Servicer for<br>Wilmington Savings Fund Society,<br>FSB, not in its individual capacity but<br>solely as owner trustee for the Verus<br>Securitization Trust 2022-1<br>v. | Judge:  Patricia M. Mayer<br><br>Hearing Date: June 10, 2026, at 9:30 A.M. |
| | Objection Deadline: May 27, 2026 |
| ONE DOORKNOB AT A TIME, LLC<br>Respondents | |

## NOTICE OF MOTION TO CONFIRM ABSENCE OF STAY

**PLEASE TAKE NOTICE,** that Fay Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1 (on behalf of itself and together with any successor and/or assign "Movant"), filed a Motion to Confirm Absence of Stay pursuant to 11 USC §362(n)(1)(B); confirming that the automatic stay did not go into effect upon filing of the instant bankruptcy as to the Debtor`s premises located at 1817 Mifflin Street, Philadelphia, PA 19145 ("Property").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 27, 2026, you or your attorney must do all of the following:

(a)      file an answer explaining your position at
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400, Courtroom 1
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      mail a copy to the Movant's attorney:

Lauren M. Moyer
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Phone: (212) 471-5100
Fax: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Judge Patricia M. Mayer at Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Courtroom 1, Philadelphia, PA 19107 on June 10, 2026, at 9:30 A.M., unless otherwise ordered by the Court.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: May 13, 2026

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

TO:

ONE DOORKNOB AT A TIME, LLC
18 CAMPUS BOULEVARD, SUITE 100
Newton Square, PA 19073
Bankruptcy Debtor

Maggie S. Soboleski, Esq.
1632 Ellsworth Street
Philadelphia, PA 19146
Attorney

United States Trustee
Robert N.C. Nix Federal Building, 900 Market Street , Suite 320
Philadelphia, PA 19107
United States Trustee

Hannah J McCollum
DOJ-Ust
844 King St., Suite 2207
Lockbox 35
Wilmington, DE 19801