UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    ONE DOORKNOB AT A TIME, LLC<br>Debtor<br><br>Fay Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1<br>v.<br><br>ONE DOORKNOB AT A TIME, LLC<br>Respondents | CASE NO.: 26-11969-pmm<br><br>CHAPTER 11<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date: June 10, 2026, at 9:30 A.M.<br><br>Objection Deadline: May 27, 2026 |

## **MOTION TO CONFIRM ABSENCE OF STAY**

Fay Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1 (on behalf of itself and together with any successor and/or assign, "Movant") hereby moves this Court for an Order (i) pursuant to 11 USC §362(n)(1)(B); confirming that the automatic stay did not go into effect upon filing of the instant bankruptcy as to the Debtor`s premises located at 1817 Mifflin Street, Philadelphia, PA 19145 ("Property") and (ii) for such other and further relief as is just and proper. In support of this Motion, Movant respectfully states:

1.      Movant is the holder of a Note executed by One Door Knob at a Time, LLC dated September 30, 2021, whereby One Door Knob at a Time, LLC promised to repay $280,000.00 plus interest to Visio Financial Services, Inc (the "Original Lender"). To secure the repayment of the Note, One Door Knob At A Time LLC executed a Mortgage in favor of Visio Financial Services, Inc., encumbering the Property commonly known as 1817 Mifflin Street, Philadelphia, PA 19145, which Mortgage was recorded in the Official records of Philadelphia County at Doc 54057585 (hereinafter "Mortgage"). Other than liens with statutory priority, Movant's mortgage is in first

lien position. The Mortgage was ultimately assigned to Movant by an Assignment of Mortgage. A copy of the Note, Mortgage and Assignments of Mortgage are attached hereto as **Exhibit A**.

2.      The Petition under Chapter 11 of the United States Bankruptcy Code was filed by the Debtor ONE DOORKNOB AT A TIME, LLC on May 4, 2026.

3.      This Court has jurisdiction over this case and this motion pursuant to 28 U.S.C. §§ 157 and 1334.

4.      Venue of this case and this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      During the one-year period preceding the filing of this case, the Debtor filed a bankruptcy case as a small business that was pending but dismissed:  One Door Knob At A Time LLC filed Case No. 25-14059-pmm, a Chapter 11 bankruptcy filed on October 7, 2025.  The case was subsequently dismissed on February 25, 2026, pursuant to the Debtor's Motion to Dismiss filed on February 2, 2026.  A true and correct of the Dismissal Order is attached hereto as **Exhibit B.**

6.      Debtor's prior case was not a Chapter 7 bankruptcy dismissed pursuant to 11 U.S.C. § 707(b).

7.      Movant contends that pursuant to 11 U.S.C. § 362(n)(1)(B) there is no stay in effect since the Debtor was Debtor in small business case that was dismissed where the order became final within a one-year period.

8.      Accordingly, upon and since the filing of this case, the automatic stay did not go into effect and there has been no order imposing the stay since the filing of the instant case.

**WHEREFORE**, Movant respectfully requests an Order of this Court confirming that the automatic stay did not go into effect upon filing of the instant bankruptcy, further and additional relief as to this Court may deem just, proper and equitable.

Dated: May 13, 2026
By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com