United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 26-11969-pmm

ONE DOORKNOB AT A TIME, LLC                                                      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: 309F1 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ONE DOORKNOB AT A TIME, LLC, 18 CAMPUS BOULEVARD, SUITE 100, Newtown Square, PA 19073-3240 |
| aty | + | Hannah J McCollum, DOJ-Ust, 844 King St., Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| 15139126 | + | GROVE FUNDING II TRUST, C/O ELITE COMMERCIAL SERVICING, LLC, 75 GERBER ROAD, EAST, SUITE 102, South Windsor, CT 06074-3202 |
| 15139127 | | KARTMAN FIRE PROTECTION, 2006 DARBY ROAD, Havertown, PA 19083 |
| 15139129 | + | KEY BANK, 9869 BUSTLETON AVE., Philadelphia, PA 19115-2611 |
| 15139130 | + | LAROCCA, HORNICK, GREENBERG AND KITTREDGE, 475 COUNTY ROAD 520, SUITE 200, Marlboro, NJ 07746-1059 |
| 15139133 | + | PROSPERITY PROPERTY MANAGEMENT, 36 N. 3RD STREET, Philadelphia, PA 19106-2116 |
| 15139135 | + | TERMINEX, 204 TURNER INDUSTRIAL WAY, Aston, PA 19014-3015 |
| 15139137 | + | THOMPSON SAFETY, P. O. BOX 842365, Dallas, TX 75284-2365 |
| 15139138 | + | TOTAL COMFORT SOLUTIONS, 7 BRITAIN DRIVE, Doylestown, PA 18901-5186 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: msoboleski@kmllawgroup.com | May 21 2026 01:42:00 | MAGGIE S SOBOLESKI, Maggie Soboleski, 701 Market Street, Suite 5000, Philadelphia, PA 19106 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 21 2026 01:42:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15139118 | + | Email/PDF: bncnotices@becket-lee.com | May 21 2026 01:47:40 | AMEX, PO BOX 981535, El Paso, TX 79998-1535 |
| 15139119 | + | EDI: BANKAMER2 | May 21 2026 05:39:00 | BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, Charlotte, NC 28255-0001 |
| 15139121 | | Email/Text: megan.harper@phila.gov | May 21 2026 01:42:00 | CITY OF PHILADELPHIA, DEPT OF REVENUE, PO BOX 1630, Philadelphia, PA 19105 |
| 15139120 | | Email/Text: megan.harper@phila.gov | May 21 2026 01:42:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT, 1401 J.F. KENNEDY BOULEVARD, Philadelphia, PA 19102 |
| 15139122 | + | EDI: WFNNB.COM | May 21 2026 05:39:00 | COMENITY CAPITAL BANK, PLAYSTATION VISA CREDIT CARD, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 15139124 | | Email/Text: ECF@fayservicing.com | May 21 2026 01:42:00 | FAYE SERVICING, LLC, 1601 LBJ FREEWAY, SUITE 150, Dallas, TX 75234 |
| 15139125 | ^ | MEBN | May 21 2026 01:40:54 | FRIEDMAN VARTOLO, LLP, 1325 FRANKOIN AVE., SUITE160, Garden City, NY 11530-1631 |
| 15139132 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

District/off: 0313-2                              User: admin                                    Page 2 of 2

Date Rcvd: May 20, 2026                           Form ID: 309F1                                 Total Noticed: 23

| | | | | |
|---|---|---|---|---|
| | | May 21 2026 01:42:00 | PNC BANK, 2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704 | |
| 15139134 | + EDI: SYNC | | | |
| | | May 21 2026 05:39:00 | SYNCB/LOWES, P.O. BOX 965005, ORLANDO, FL 32896-5005 | |
| 15139136 | + EDI: CITICORP | | | |
| | | May 21 2026 05:39:00 | THE HOME DEPOT/CBNA, P.O. BOX 6497, Sioux Falls, SD 57117-6497 | |
| 15139139 | + Email/Text: bankruptcy@bbandt.com | | | |
| | | May 21 2026 01:42:00 | TRUIST BANK, CREDIT BUREAU SERVICES, P.O. BOX 849, Wilson, NC 27894-0849 | |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15139123 | | ELLEN BROWN |
| 15139128 | | KEITH WILLIAMS |
| 15139131 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, PHILADELPHIA WATER DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JFK BLVD. 5TH FLOOR, Philadelphia, PA 19102 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hannah J McCollum | on behalf of U.S. Trustee United States Trustee hannah.mccollum@usdoj.gov |
| LAUREN MOYER | on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1 bkecf@friedmanvartolo.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor ONE DOORKNOB AT A TIME  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Information to identify the case:

| | | |
|---|---|---|
| Debtor | ONE DOORKNOB AT A TIME, LLC | EIN:  85–1626251 |
| | Name | |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | Date case filed for chapter:    11    5/4/26 |
| Case number:    26–11969–pmm | | |

## Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | ONE DOORKNOB AT A TIME, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 18 CAMPUS BOULEVARD<br>SUITE 100<br>Newtown Square, PA 19073 | |
| 4. **Debtor's attorney**<br>Name and address | MAGGIE S SOBOLESKI<br>Maggie Soboleski<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Contact phone  215–620–2132<br><br>Email:  msoboleski@kmllawgroup.com |
| 5. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone  (215)408–2800<br><br>Date: 5/20/26 |
| 6. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **June 12, 2026 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting is by Zoom. Go to Zoomgov.com, Click on JOIN or call 1 (646) 828–7666, Enter Meeting ID 161 1489 1038, and Passcode 9343375369** |

**For more information, see page 2 >**

Debtor   **ONE DOORKNOB AT A TIME, LLC**                                    Case number **26–11969–pmm**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**   _____ | |
| **9.   Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.   Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11.   Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |