UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   ONE DOORKNOB AT A TIME, LLC<br>Debtor<br><br>Fay Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1<br>v.<br><br>ONE DOORKNOB AT A TIME, LLC<br>Respondents | CASE NO.: 26-11969-pmm<br><br>CHAPTER 11<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date: June 10, 2026, at 9:30 A.M.<br><br>Objection Deadline: May 27, 2026 |

**ORDER CONFIRMING ABSENCE OF AUTOMATIC STAY**

**UPON** consideration of the Application of Fay Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1, together with any successor and/or assign, ("Movant") dated _____ and with good cause appearing therefore, it is;

**ORDERED** that pursuant to 11 USC §362(n)(1)(B), the automatic stay did not go into effect upon filing of the instant bankruptcy as to the Debtor`s premises located at 1817 Mifflin Street, Philadelphia, PA 19145 ("Property"); and it is further;

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; ~~and it is further~~

~~ORDERED that the Movant shall promptly report to the Chapter 11 Trustee any surplus monies realized by any sale of the Property.~~

BY THE COURT:

*Patricia M. Mayer*

**Date: June 9, 2026**

Hon. Patricia M. Mayer
United States Bankruptcy Judge