*Form OL241* (3/23)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| ONE DOORKNOB AT A TIME, LLC | ) | Case No. 26–11969–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 5, 2026, this case is hereby DISMISSED.

**Date: June 10, 2026**

Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Small Business Balance Sheet or a Statement pursuant to 11:1116(B) that no such document has been prepared
Small Business Cash Flow Statement
Small Business Statement of Operations
Small Business Tax Returns