United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11969-pmm |
| ONE DOORKNOB AT A TIME, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + ONE DOORKNOB AT A TIME, LLC, 18 CAMPUS BOULEVARD, SUITE 100, Newtown Square, PA 19073-3240 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 11, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hannah J McCollum | on behalf of U.S. Trustee United States Trustee hannah.mccollum@usdoj.gov |
| LAUREN MOYER | on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1 bkecf@friedmanvartolo.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor ONE DOORKNOB AT A TIME  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ONE DOORKNOB AT A TIME, LLC
          Debtor

Fay Servicing, LLC as Servicer for
Wilmington Savings Fund Society,
FSB, not in its individual capacity but
solely as owner trustee for the Verus
Securitization Trust 2022-1
v.

ONE DOORKNOB AT A TIME, LLC
          Respondents

CASE NO.: 26-11969-pmm

CHAPTER 11

Judge:  Patricia M. Mayer

Hearing Date: June 10, 2026, at 9:30 A.M.

Objection Deadline: May 27, 2026

**ORDER CONFIRMING ABSENCE OF AUTOMATIC STAY**

**UPON** consideration of the Application of Fay Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1, together with any successor and/or assign, ("Movant") dated _____ and with good cause appearing therefore, it is;

**ORDERED** that pursuant to 11 USC §362(n)(1)(B), the automatic stay did not go into effect upon filing of the instant bankruptcy as to the Debtor`s premises located at 1817 Mifflin Street, Philadelphia, PA 19145 ("Property"); and it is further;

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; ~~and it is further~~

~~ORDERED that the Movant shall promptly report to the Chapter 11 Trustee any surplus~~

~~monies realized by any sale of the Property.~~

BY THE COURT:

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

**Date: June 9, 2026**