United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 26-11969-pmm |
|---|---|
| ONE DOORKNOB AT A TIME, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2026 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ONE DOORKNOB AT A TIME, LLC, 18 CAMPUS BOULEVARD, SUITE 100, Newtown Square, PA 19073-3240 |
| 15142776 | + | Fay Servicing, LLC, C/O Lauren M. Moyer, 1325 Franklin Avenue, ste. 160, Garden City, NY 11530-1631 |
| 15139126 | + | GROVE FUNDING II TRUST, C/O ELITE COMMERCIAL SERVICING, LLC, 75 GERBER ROAD, EAST, SUITE 102, South Windsor, CT 06074-3202 |
| 15139127 | | KARTMAN FIRE PROTECTION, 2006 DARBY ROAD, Havertown, PA 19083 |
| 15139129 | + | KEY BANK, 9869 BUSTLETON AVE., Philadelphia, PA 19115-2611 |
| 15139130 | + | LAROCCA, HORNICK, GREENBERG AND KITTREDGE, 475 COUNTY ROAD 520, SUITE 200, Marlboro, NJ 07746-1059 |
| 15139133 | + | PROSPERITY PROPERTY MANAGEMENT, 36 N. 3RD STREET, Philadelphia, PA 19106-2116 |
| 15139135 | + | TERMINEX, 204 TURNER INDUSTRIAL WAY, Aston, PA 19014-3015 |
| 15139137 | + | THOMPSON SAFETY, P. O. BOX 842365, Dallas, TX 75284-2365 |
| 15139138 | + | TOTAL COMFORT SOLUTIONS, 7 BRITAIN DRIVE, Doylestown, PA 18901-5186 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2026 00:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Jun 11 2026 00:40:32 | Fay Servicing, LLC as servicer for Wilmington Savi, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15139118 | + | Email/PDF: bncnotices@becket-lee.com | Jun 11 2026 00:48:31 | AMEX, PO BOX 981535, El Paso, TX 79998-1535 |
| 15150082 | | Email/PDF: bncnotices@becket-lee.com | Jun 11 2026 00:48:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139119 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 11 2026 00:43:00 | BANK OF AMERICA, 100 NORTH TRYON STREET, CHARLOTTE, Charlotte, NC 28255-0001 |
| 15149195 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15147299 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15139121 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | CITY OF PHILADELPHIA, DEPT OF |

|  |  |  |  | REVENUE, PO BOX 1630, Philadelphia, PA 19105 |
|---|---|---|---|---|
| 15139120 | | Email/Text: megan.harper@phila.gov | Jun 11 2026 00:43:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT, 1401 J.F. KENNEDY BOULEVARD, Philadelphia, PA 19102 |
| 15139122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2026 00:43:00 | COMENITY CAPITAL BANK, PLAYSTATION VISA CREDIT CARD, 6939 AMERICANA PARKWAY, Reynoldsburg, OH 43068-4171 |
| 15139124 | | Email/Text: ECF@fayservicing.com | Jun 11 2026 00:43:00 | FAYE SERVICING, LLC, 1601 LBJ FREEWAY, SUITE 150, Dallas, TX 75234 |
| 15139125 | ^ | MEBN | Jun 11 2026 00:40:33 | FRIEDMAN VARTOLO, LLP, 1325 FRANKOIN AVE., SUITE160, Garden City, NY 11530-1631 |
| 15139132 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2026 00:43:00 | PNC BANK, 2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704 |
| 15139134 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2026 00:48:04 | SYNCB/LOWES, P.O. BOX 965005, ORLANDO, FL 32896-5005 |
| 15139136 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2026 00:59:01 | THE HOME DEPOT/CBNA, P.O. BOX 6497, Sioux Falls, SD 57117-6497 |
| 15139139 | + | Email/Text: bankruptcy@bbandt.com | Jun 11 2026 00:43:00 | TRUIST BANK, CREDIT BUREAU SERVICES, P.O. BOX 849, Wilson, NC 27894-0849 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15139123 | | ELLEN BROWN |
| 15139128 | | KEITH WILLIAMS |
| 15139131 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, PHILADELPHIA WATER DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JFK BLVD. 5TH FLOOR, Philadelphia, PA 19102 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hannah J McCollum | on behalf of U.S. Trustee United States Trustee hannah.mccollum@usdoj.gov |
| LAUREN MOYER | |

District/off: 0313-2                    User: admin                                    Page 3 of 3

Date Rcvd: Jun 10, 2026                Form ID: pdf900                          Total Noticed: 27

on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee for the Verus Securitization Trust 2022-1 bkecf@friedmanvartolo.com

MAGGIE S SOBOLESKI

on behalf of Debtor ONE DOORKNOB AT A TIME  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     ONE DOORKNOB AT A TIME, LLC | ) | Case No. 26–11969–pmm |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | |

### ORDER

      AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 5, 2026, this case is hereby DISMISSED.

**Date: June 10, 2026**

Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Small Business Balance Sheet or a Statement pursuant to 11:1116(B) that no such document has been prepared
Small Business Cash Flow Statement
Small Business Statement of Operations
Small Business Tax Returns